UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael Thompson
                        Plaintiff,

v.                                                 Case No.: 1:07–cv–06189
                                                 Honorable Ruben Castillo

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

      MINUTE entry before Judge Ruben Castillo :After review of the initial pleadings in this case, this Court has decided to hold an expedited settlement conference. Plaintiff's counsel is directed to immediately serve the complaint and exhaust all settlement possibilities for this lawsuit. Parties to file a joint status report on or before 1/10/2008. The Court will hold a settlement conference in chambers on 1/15/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.