**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL THOMPSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF CHICAGO, OFFICER )<br>GLOWACKI, OFFICER LEPINE, )<br>OFFICER HUERTAS, OFFICER )<br>LAURETO, and OFFICER DIFRANCO, )<br>)<br>Defendants. ) | NO.   07 C 6189 |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST CHICAGO

NOW COMES the Plaintiff, MICHAEL THOMPSON, by and through his attorney, BASILEIOS J. FOUTRIS, and, pursuant to Federal Rule of Civil Procedure 55, respectfully requests this Honorable Court to enter an order of default against the Defendant, CITY OF CHICAGO, and to set this matter for prove-up of damages, and in support thereof, states as follows:

1.   The Plaintiff filed this lawsuit on November 1, 2007 seeking compensation for the damages he incurred following his wrongful arrest.

2.   The Plaintiff served summons upon the Defendant CITY OF CHICAGO on November 2, 2007.  (See Court Docket #5).

3.   The Defendant CITY OF CHICAGO has not yet filed an Appearance or responsive pleading.  Also, the Defendant CITY OF CHICAGO has not filed a motion with this Court requesting an extension of time to file a responsive pleading.

4.   In addition, the Plaintiff has not been contacted by any representatives from the CITY OF CHICAGO regarding this matter.

5.       The Defendant's responsive pleading is now overdue.

WHEREFORE, the Plaintiff, MICHAEL THOMPSON, pursuant to Federal Rule of Civil Procedure 55, respectfully requests this Honorable Court to enter an order of default against the Defendant, CITY OF CHICAGO, and to set this matter for prove-up of damages.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on December 14, 2007, the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST CHICAGO** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, and that a copy was hand delivered to the City Clerk of the City of Chicago at 121 N. LaSalle, Room 107, Chicago, IL 60602, and a copy was also served upon Mara Georges, City of Chicago Department of Law, 30 N. LaSalle, Suite 800, Chicago, IL 60602, by depositing same in the U.S. Mail, first-class postage prepaid.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200