## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL THOMPSON,         )
                      Plaintiff,   )
v.                        )    NO.   07 C 6189
                            )
CITY OF CHICAGO, *et al.*,   )
                  Defendants.  )

## NOTICE OF MOTION

**TO:**   City Clerk, City of Chicago at 121 N. LaSalle, Room 107, Chicago, IL 60602; Mara Georges, City of Chicago Department of Law, 30 N. LaSalle, Suite 800, Chicago, IL 60602

     **PLEASE TAKE NOTICE** that on Wednesday December 19, 2007 at 9:45 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his stead, in Courtroom 2141, or the courtroom usually occupied by him, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST CHICAGO**, a copy of which has been served upon you.

                                    s/ Basileios J. Foutris
                                    BASILEIOS J. FOUTRIS
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     The undersigned, one of the attorneys of record herein, hereby certifies that on December 14, 2007, the foregoing **NOTICE OF MOTION** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, and that copies were also served upon the foregoing.

                                    s/ Basileios J. Foutris
                                    BASILEIOS J. FOUTRIS
                                    Attorney for Plaintiff
                                    FOUTRIS LAW OFFICE, LTD.
                                    53 West Jackson, Suite 252
                                    Chicago, Illinois 60604
                                    312-212-1200