IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, ) | |
| Plaintiff, ) | |
| v. ) | NO.   07 C 6189 |
| ) | |
| CITY OF CHICAGO, *et al.*, ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO COMPEL THE CITY OF CHICAGO TO PROVIDE RESIDENCE ADDRESSES OF THE INDIVIDUAL DEFENDANTS**

NOW COMES the Plaintiff, MICHAEL THOMPSON, by and through his attorney, BASILEIOS J. FOUTRIS, and respectfully requests this Honorable Court to compel the Defendant, CITY OF CHICAGO, to provide the residence addresses of the Individual Defendants in this matter so that the Plaintiff may immediately serve them pursuant to the Court's December 11, 2007 Order, in support thereof, states as follows:

1.   The Plaintiff filed this lawsuit on November 1, 2007 seeking compensation for the damages he incurred following his wrongful arrest.

2.   At the time of the filing of this lawsuit the undersigned had a second lawsuit pending against Officers Lepine and Glowacki for their role in the shooting death of Tommy Morris (Case No. 07 C 3409). As such, the undersigned contacted the attorney representing those two individuals in that matter to inquire whether the individual defendants in the present matter would waive service of summons and file appearances in this matter.

3.   The attorney representing Officers Lepine and Glowacki in the other matter indicated that he did not believe that he would represent them in this matter (nor did he believe he would represent any other defendant in this matter).

1

4.  The undersigned was advised that the individuals would not waive service. Instead, the undersigned was directed to follow the Chicago Police Department's protocol for service of summons upon Chicago police officers- namely, that notices of lawsuit should be mailed to Chicago Police Department headquarters so that the Police Department could serve the individual defendants.

5.  Therefore, on November 8, 2007, the undersigned sent Notices of Lawsuit and Waivers of Service of Summons to each of the individually named Defendants at 3510 S. Michigan, Chicago, IL 60653.

6.  To date, none of the individually named defendants have appeared in this matter. In addition, to date, the Plaintiff has not been contacted by anyone that represents the individual defendants in this matter to discuss a responsive pleading.

7.  In order to comply with this Court's December 11, 2007 Order, the Plaintiff will need the individual defendants' residence addresses. The Plaintiff was unable to confer with anyone from the City of Chicago regarding obtaining the addresses – and therefore avoiding this motion – because nobody has entered an appearance for the Defendant CITY OF CHICAGO.

WHEREFORE, the Plaintiff, MICHAEL THOMPSON, respectfully requests this Honorable Court to compel the Defendant, CITY OF CHICAGO, to provide the residence addresses of the Individual Defendants in this matter so that the Plaintiff may immediately serve them pursuant to the Court's December 11, 2007 Order.

    Respectfully Submitted by,
s/Basileios J. Foutris
BASILEIOS J. FOUTRIS, Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604/  312-212-1200

**CERTIFICATE OF SERVICE**

       The undersigned, one of the attorneys of record herein, hereby certifies that on December 14, 2007, the foregoing **PLAINTIFF'S MOTION TO COMPEL THE CITY OF CHICAGO TO PROVIDE RESIDENCE ADDRESSES OF THE INDIVIDUAL DEFENDANTS** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, and that a copy was hand delivered to the City Clerk of the City of Chicago at 121 N. LaSalle, Room 107, Chicago, IL 60602, and a copy was also served upon Mara Georges, City of Chicago Department of Law, 30 N. LaSalle, Suite 800, Chicago, IL 60602, by depositing same in the U.S. Mail, first-class postage prepaid.

                                            Respectfully Submitted by,

                                            s/Basileios J. Foutris
                                            BASILEIOS J. FOUTRIS
                                            Attorney for Plaintiff
                                            FOUTRIS LAW OFFICE, LTD.
                                            53 W. Jackson, Suite 252
                                            Chicago, IL 60604
                                            312-212-1200