IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL THOMPSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.   07 C 6189 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   City Clerk, City of Chicago at 121 N. LaSalle, Room 107, Chicago, IL 60602; Mara Georges, City of Chicago Department of Law, 30 N. LaSalle, Suite 800, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Wednesday December 19, 2007 at 9:45 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his stead, in Courtroom 2141, or the courtroom usually occupied by him, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **PLAINTIFF'S MOTION TO COMPEL THE CITY OF CHICAGO TO PROVIDE RESIDENCE ADDRESSES OF THE INDIVIDUAL DEFENDANTS**, a copy of which has been served upon you.

s/ Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on December 14, 2007, the foregoing **NOTICE OF MOTION** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, and that copies were also served upon the foregoing.

s/ Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 West Jackson, Suite 252
Chicago, Illinois 60604
312-212-1200