**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6189 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| CITY OF CHICAGO, OFFICER | ) | |
| GLOWACKI, OFFICER LEPINE, | ) | Magistrate Judge Schenkier |
| OFFICER HUERTAS, OFFICER | ) | |
| LAURETO, and OFFICER DIFRANCO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND**
**THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago, and Chicago Police Officers Carlos Huertas and Steven Laureto, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court for an extension of time up to and including February 1, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendants state:

1.      This matter was filed on November 8, 2007.  Summons and Complaint have been served on the City of Chicago.  Summons and complaint have been personally served on two of the five individual defendants, Officers Huertas and Laureto.  The remaining individual defendants, Officers Lepine, Glowacki and Difranco, have not been personally served as of the date of this filing.

2.      The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

3.      The undersigned also has ordered, but has not yet received, all of the Chicago

Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

    4.    This motion is Defendants' first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

    **WHEREFORE**, Defendants, the City of Chicago, and Chicago Police Officers Carlos Huertas and Steven Laureto, respectfully request that they be given until February 1, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel
Attorney for Defendants

Suite 1400
30 N. LaSalle Street
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825