IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6189 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| CITY OF CHICAGO, OFFICER GLOWACKI, OFFICER LEPINE, OFFICER HUERTAS, OFFICER LAURETO, and OFFICER DIFRANCO, | ) ) ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO:**  Basileios John Foutris
Foutris Law Office, Ltd.
53 West Jackson, Suite 252
Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in his place or stead, on the 19th day of December, 2007, at 9:15 a.m., the next hearing date in this case, or as soon thereafter as counsel may be heard and then and there present the attached Motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this December 17, 2007.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 744-0742
Attorney No. 06274825