UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael Thompson

         Plaintiff,

v.                Case No.: 1:07−cv−06189
                  Honorable Ruben Castillo

City of Chicago, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

  MINUTE entry before Judge Ruben Castillo :Motion hearing held on 12/19/2007. Plaintiff's motion for default judgment as to the City of Chicago [7] is denied. Plaintiff's motion to compel City of Chicago to provide residence addresses of individual defendants [9] is voluntarily withdrawn. Defendants' motion for extension of time to answer or otherwise plead to the complaint [13] is granted. Defendants City of Chicago, Officer Huertas and Officer Laureto are to answer or otherwise plead to the complaint on or before 2/1/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.