IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v.               ) | NO.   07 C 6189 |
| ) | |
| CITY OF CHICAGO, OFFICER ) | |
| GLOWACKI, OFFICER LEPINE, ) | |
| OFFICER HUERTAS, OFFICER ) | |
| LAURETO, and OFFICER DIFRANCO, ) | |
| ) | |
| Defendants. ) | |

**INITIAL JOINT STATUS REPORT**

NOW COME the Parties, by and through their attorneys, and for their Initial Joint Status Report, provide as follows:

    A.    Nature of the Case.

        The basis of jurisdiction is 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367. The Plaintiff alleges two claims under 42 U.S.C. §1983 (False Arrest and Unlawful Searches) and three Illinois State Law claims (False Arrest/Imprisonment, Malicious Prosecution and Indemnification).

        The Plaintiff is seeking compensatory and punitive damages in connection with the Defendants' alleged acts. The claimed damages derive from the alleged improper incarceration, and the alleged improper prosecution. A precise computation of damages is not available. However, the Plaintiff has made a $115,000 settlement demand.

        All Defendants have been served. The Court granted the Defendants' request for an extension of time to answer or otherwise plead.

        The major legal and factual issues are whether there was probable cause to arrest the Plaintiff, whether there was probable cause to search the Plaintiff, and whether the criminal prosecution was properly initiated.

    B.    Proposed Draft Scheduling Order.

        1.    The Parties request until July 10, 2008 to amend the pleadings and join other parties.

1

      2.    At the close of discovery the parties will propose to the Court a suggested schedule for dispositive motions.

      3.    The Parties request until July 10, 2008 to complete fact discovery.

      4.    At the close of fact discovery, the parties will determine whether any experts will be retained, and will propose to the Court a follow-up timetable for expert disclosures.

      5.    The parties anticipate the need for a protective order, and will submit an agreed protective order to the Court.

      6.    The Parties anticipate that this matter will be ready for a Pre-Trial Conference, and for Trial, in the Fall of 2008.

C.    Trial Status.

A Jury demand has been made by the Plaintiff. The parties anticipate that any Trial of this matter will last 3-4 days maximum.

D.    Consent to Proceed Before a Magistrate Judge.

The Parties do not unanimously agree to proceed before a Magistrate Judge.

E.    Settlement Status.

The Parties have not had any substantive settlement discussions to date.

| | |
|---|---|
| s/Basileios J. Foutris | s/Kathryn M. Doi |
| BASILEIOS J. FOUTRIS | KATHRYN M. DOI |
| Attorney for Plaintiff | Attorney for Defendants |
| FOUTRIS LAW OFFICE, LTD. | City of Chicago, Department of Law |
| 53 W. Jackson, Suite 252 | 30 N. LaSalle, Suite 1400 |
| Chicago, IL 60604 | Chicago, IL 60602 |
| 312-212-1200 | 312-744-0742 |

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on January 10, 2008, the foregoing **INITIAL JOINT STATUS REPORT** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification to: Kathryn M. Doi at kdoi@cityofchicago.org.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200