**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL THOMPSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.    07 C 6189 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**    Kathryn M. Doi at kdoi@cityofchicago.org

  **PLEASE TAKE NOTICE** that on January 10, 2008, the **INITIAL JOINT STATUS REPORT,** a copy of which has been served upon you, was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System.

      s/ Basileios J. Foutris
      BASILEIOS J. FOUTRIS
      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys of record herein, hereby certifies that on January 10, 2008, the foregoing **NOTICE OF FILING** was filed in Room 2140 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, and that copies were also served upon the foregoing.

      s/ Basileios J. Foutris
      BASILEIOS J. FOUTRIS
      Attorney for Plaintiff
      FOUTRIS LAW OFFICE, LTD.
      53 West Jackson, Suite 252
      Chicago, Illinois 60604
      312-212-1200