# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael Thompson
                                        Plaintiff,

v.                                                                   Case No.: 1:07−cv−06189
                                                                     Honorable Ruben Castillo

City of Chicago, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 1/15/2008. The parties are requested to fully exhaust all remaining settlement possibilities prior to the next status hearing. The parties are authorized to proceed with all discovery. All discovery must be completed on or before 6/30/2008. The Court will hold a status hearing in open court on 1/31/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.