## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6189 | **DATE** | 1/29/2008 |
| **CASE TITLE** | Michael Thompson vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Counsel for plaintiff notified the Court that the parties have reached a tentative settlement. This case is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 3/17/2008. Status hearing set for 1/31/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|