

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL THOMPSON, | ) | |
| | ) | **FILED** |
| Plaintiff, | ) | |
| | ) | FEB 2 0 2008  A.O. |
| vs. | ) | 07 C 6189    Feb 20, 2008 |
| | ) | MICHAEL W. DOBBINS |
| CHICAGO POLICE OFFICER DEREK | ) | Judge Castillo  CLERK, U.S. DISTRICT COURT |
| GLOWACKI (STAR #15743), CHICAGO | ) | |
| POLICE OFFICER WILLIAM LEPINE (STAR | ) | Magistrate Judge Schenkier |
| #7736), CHICAGO POLICE OFFICER CARLOS | ) | |
| HUERTAS (STAR #19394) CHICAGO POLICE | ) | |
| OFFICER STEVEN LAURETO (STAR #5882), | ) | |
| CHICAGO POLICE OFFICER SAL DIFRANCO | ) | |
| (STAR #7617) and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| BASILEIOS J. FOUTRIS | KATHRYN M. DOI |
| Attorney for Plaintiff | Assistant Corporation Counsel |
| Foutris Law Office, Ltd. | Attorney for Defendants |
| 53 West Jackson, Suite 252 | 30 N. LaSalle, Suite 1400 |
| Chicago, IL 60604 | Chicago, IL 60602 |
| (312) 212-1200 | (312) 744-0742 |
| Attorney No. 6272237 | Attorney No. 06274825 |
| Date: 2-19-08 | Date: 2/19/08 |