

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6189 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Michael Thompson vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. This case is hereby dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]  Docketing to mail notices.



| | Courtroom Deputy Initials: | RO |
|---|---|---|