

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 07 C 6189 |
| ) | |
| CHICAGO POLICE OFFICER DEREK ) | Judge Castillo |
| GLOWACKI (STAR #15743), CHICAGO ) | |
| POLICE OFFICER WILLIAM LEPINE ) | Magistrate Judge Schenkier |
| (STAR #7736), CHICAGO POLICE OFFICER ) | |
| CARLOS HUERTAS (STAR #19394) ) | |
| CHICAGO POLICE OFFICER STEVEN ) | |
| LAURETO (STAR #5882), CHICAGO ) | |
| POLICE OFFICER SAL DIFRANCO (STAR ) | |
| #7617) and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Michael Thompson by one of his attorneys, Basileios J. Foutris, and defendants, Derek Glowacki, William Lepine, Carlos Huertas, Steven Laureto and Sal Di Franco, by their attorney, Kathryn Doi, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Michael Thompson, against defendants, City of Chicago, Derek Glowacki, William Lepine, Carlos Huertas, Steven Laureto and Sal Di Franco, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Ruben Castillo
United States District Judge

DATED: 2/20/08